UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 20-10799 |
|---|---|---|
| Kevin Bove | : | |
| Debtor | : | Chapter 13 |

## OBJECTION OF THE DEBTORS TO THE CERTIFICATION OF DEFAULT

1. Denied. It is further answered that any payment delinquent under the Stipulation shall be cured prior to any scheduled hearing regarding the Certification of Default filed by counsel for Navy Federal Credit Union.

2. Denied.

3. Denied.

4. Denied.

WHEREFORE, Debtor, respectfully request that this Court deny an Order Granting Relief from the Automatic Stay.

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008
Attorney for Debtor

Dated: June 1, 2023