# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Kevin M Bove <br><br> Debtor(s) <br><br> Navy Federal Credit Union, or its Successor or Assignee <br> Movant <br> vs. <br><br> SCOTT F. WATERMAN (Chapter 13), Trustee <br> Kevin M Bove <br> Respondent(s) | Chapter 13 <br> Bankruptcy No. 20-10799-amc |

## CERTIFICATION OF DEFAULT

I, Andrew M. Lubin, attorney for Navy Federal Credit Union, or its Successor or Assignee, in accordance with Settlement Stipulation approved by the Court June 22, 2022 and attached hereto as Exhibit "A", hereby certify the following:

1. That Debtor, Kevin M Bove has failed to maintain payments as described in said Settlement Stipulation.

2. That a Notice of Default was served upon Debtor and Debtor's counsel by United States Mail, first class, postage prepaid, on May 8, 2023; a true and correct copy of such Notice is attached hereto, made a part hereof, and marked as Exhibit "B"

3. That ten (10) days have elapsed, and Debtor has failed to cure the delinquency.

4. That upon filing this Certification, in accordance with the Settlement Stipulation, an Order shall be entered granting Navy Federal Credit Union, or its Successor or Assignee relief from the automatic stay to foreclose its mortgage and, without limitation, to exercise any other rights it has under the mortgage or with respect to Debtor(s)' property located at 3623 Gaul Street, Philadelphia, Pennsylvania 19134.

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Navy Federal Credit Union
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

Telephone: (215) 790-1010  
Facsimile: (215) 790-1274  
Email: ecfmail@mwc-law.com